**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Edward Anthony Marrero-Zazueta,<br><br>Defendant. | No. CR-18-01570-01-PHX-DWL (JZB)<br><br>**DETENTION ORDER** |

On January 22, 2019, Defendant appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court in determining whether the Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated allegation 1 of the petition of his conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 22nd day of January, 2019.

_____
Honorable John Z. Boyle
United States Magistrate Judge